IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                   CASE NO. 4:02cr8-SPM

HENRY LEE GIVENS,

        Defendant.
_____/

## ORDER DENYING REQUEST FOR COPY OF PSR

       This cause comes before the Court on Defendant Henry Lee Givens' Request for Copy of Presentence Investigation Report (doc. 38).

       The presentence investigation report is not a public record maintained by the court.  United States v. Martinello, 556 F.2d 1215, 1216 (5th Cir. 1977).  Thus, Defendant's request for a copy of his presentence investigation report will be denied.

       Defendant is advised, however, that he may review, but not copy, documents in his Inmate Central File, which includes his presentence investigation report.  Defendant should make his request through the Bureau of Prisons in accordance with Bureau of Prisons Program Statement Nos. 1351.05

and 5800.11.

Based on the foregoing, it is

ORDERED AND ADJUDGED that Defendant's request for a copy of his presentence investigation report (doc. 38) is denied.

DONE AND ORDERED this 14th day of March, 2007.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO. 4:02cr8-SPM